AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**      **DISTRICT OF**      **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Rony David Fuentes-Breve

**CRIMINAL COMPLAINT**

Case Number: M-18-1264-M

IAE     YOB: 1995
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 14, 2018__ in __Starr__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Rony David Fuentes-Breve was encountered by Border Patrol Agents near Roma, Texas on June 14, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 14, 2018, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 13, 2018, through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*approved by*
*AUSA [signature]*

Sworn to before me and subscribed in my presence,

June 15, 2018 @ 8:11 a.m.

**Signature of Complainant**
Robert Ramirez      Senior Patrol Agent

Juan F. Alanis      , U.S. Magistrate Judge
**Name and Title of Judicial Officer**      Signature of Judicial Officer